■ In the Matter of the Estate of FRANCIS HENDRICKS, Deceased. In the Matter of the Accounting of the Trustees of Syracuse University, as Trustees under the Will of FRANCIS HENDRICKS, Deceased. ERNEST D. HENDRICKS et al., Appellants. SYRACUSE UNIVERSITY et al., Respondents. — Judgment affirmed, without costs of these appeals to any party. All concur. (Appeals from a judgment of Onondaga Special Term dismissing the petition in the proceeding to construe the will of decedent, dismissing the answer in the Supreme Court

proceeding, denying motion of the State University to dismiss the answer of the First Trust & Deposit Co., and granting the petition of Syracuse University in Action No. 1 to the extent of authorizing payment of the income of the Hendricks fund to State University on behalf of State University Medical Center as long as certain conditions are met.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.